# BORRELLI & ASSOCIATES
## P.L.L.C.

www.employmentlawyernewyork.com

655 Third Avenue  
Suite 1821  
New York, NY 10017  
Tel. No. 212.679.5000  
Fax No. 212.679.5005

910 Franklin Avenue  
Suite 200  
Garden City, NY 11530  
Tel. No. 516.248.5550  
Fax No. 516.248.6027

November 20, 2019

*Via ECF*  
The Honorable Stuart D. Aaron  
United States Magistrate Judge for the  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2019
```

    Re:    *Cuevas v. Our Children First, Inc.*  
            <u>Docket No: 19-cv-7322 (SDA)</u>

Dear Judge Aaron:

      This office represents Plaintiff, Judith Cuevas, in the above-referenced matter involving wage violations against Defendant, Our Children First, Inc., under the Fair Labor Standards Act ("FLSA") and the New York Labor Law. We write now, on behalf of all parties, to respectfully request a brief seven-day extension from November 22, 2019 to November 29, 2019 to submit the parties' joint motion for approval of the settlement of the Plaintiff's FLSA claims pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Following the settlement conference on November 8, 2019, the parties have been working to finalize the settlement and are now in the process of obtaining their respective client's approval and signatures. This is the parties' first request for an extension of the deadline.

      We thank the Court for its time and attention to the matter.

                                                Respectfully submitted,

                                                Jeffrey R. Maguire, Esq.  
                                                  *For the Firm*

C:     All Parties *via* ECF

ENDORSEMENT: Request GRANTED. SO ORDERED.  
Dated: November 21, 2019