# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

November 29, 2019

<u>Via ECF</u>
The Honorable Stuart D. Aaron
United States Magistrate Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2019
```

  Re: *Cuevas v. Our Children First, Inc.*
    <u>Docket No: 19-cv-7322 (SDA)</u>

Dear Judge Aaron:

  This office represents Plaintiff, Judith Cuevas, in the above-referenced matter involving wage violations against Defendant, Our Children First, Inc., under the Fair Labor Standards Act ("FLSA") and the New York Labor Law. We write now to respectfully request a three-day extension from November 29, 2019 to December 2, 2019 to submit the parties' joint motion for approval of the settlement of the Plaintiff's FLSA claims pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The parties have finalized the settlement agreement, and accompanying motion for settlement approval, but Plaintiff is waiting for Defendant's signed agreement to file with the Court. This is the parties' second request for an extension of the deadline.

  We thank the Court for its time and attention to the matter.

                Respectfully submitted,

                Jeffrey R. Maguire, Esq.
                *For the Firm*

C: All Parties *via* ECF

ENDORSEMENT: Request GRANTED. SO ORDERED.
Dated: 11/30/2019