# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| 655 Third Avenue | 910 Franklin Avenue |
| --- | --- |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

December 2, 2019

*Via ECF*
The Honorable Stuart D. Aaron
United States Magistrate Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2019
```

    Re:    *Cuevas v. Our Children First, Inc.*
            <u>Docket No: 19-cv-7322 (SDA)</u>

Dear Judge Aaron:

    This office represents Plaintiff, Judith Cuevas, in the above-referenced matter involving wage violations against Defendant, Our Children First, Inc., under the Fair Labor Standards Act ("FLSA") and the New York Labor Law. We write now to respectfully request a one-day extension from December 2, 2019 to December 3, 2019 to submit the parties' joint motion for approval of the settlement of the Plaintiff's FLSA claims pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Defendant's counsel has informed Plaintiff's counsel that he is still waiting for the signed agreement from his client, which should be received by tomorrow, and therefore Plaintiff is still waiting for the document to submit to the Court for its approval. Plaintiff will file the agreement, along with the accompanying motion, as soon as Plaintiff is in receipt. This is the parties' third request for an extension of the deadline.

    We thank the Court for its time and attention to the matter.

Respectfully submitted,

Jeffrey R. Maguire, Esq.
*For the Firm*

ENDORSEMENT: Application GRANTED.
SO ORDERED.
Dated: December 3, 2019

*/s/ Stuart D. Aaron*