**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2019

Judith Cuevas,

                    Plaintiff,

          -against-

Our Children First, Inc.,

                    Defendant.

1:19-cv-07322 (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

This case contains claims under the Fair Labor Standards Act. The parties appeared before the undersigned for a settlement conference on November 8, 2019, and reached a settlement in principle. On that same day, an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 15.) On December 3, 2019 the parties submitted their proposed settlement agreement and related papers. (ECF No. 23.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved.

Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement. The Clerk is requested to close the case.

**SO ORDERED.**

DATED:     New York, New York
           December 4, 2019

_____
STEWART D. AARON
United States Magistrate Judge